# IN THE SUPREME COURT OF ALABAMA



December 15, 2023

SC-2023-0164

Ex parte Timothy Rosemore. PETITION FOR WRIT OF MANDAMUS: CIVIL (In re: Alan Burns; Main Street Energy, LLC; and John Harkonen v. Timothy Rosemore and Jim Owings) (Shelby Circuit Court: CV-20-900010).

## <u>ORDER</u>

The petition for writ of mandamus in this cause is denied.

PARKER, C.J. -- Shaw, Wise, Bryan, Sellers, Mendheim, Stewart, Mitchell, and Cook, JJ., concur.

**Witness my hand on December 15, 2023.**

*Megan B. Rhodebeck*

**Clerk of Court,**
**Supreme Court of Alabama**